

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| SHEMIKA D. SPRAGUE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 2:20-CV-017-Z-BR |
| | § | |
| MCDONALDS U.S.A., LLC, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION TO DISMISS THE COMPLAINT

On May 4, 2020, the United States Magistrate Judge entered findings and conclusions in this case (ECF No. 16). The Magistrate Judge RECOMMENDS that Plaintiff's complaint be DISMISSED for lack of subject matter jurisdiction.

After making an independent review of the pleadings, files, and records in this case, and the findings, conclusions, and recommendation of the Magistrate Judge, the Court concludes that the findings and conclusions are correct.

Accordingly, the Motions to Dismiss filed by Defendants (ECF Nos. 6, 9, and 12) are MOOT. It is hereby ORDERED that the findings, conclusions, and recommendation of the Magistrate Judge are ADOPTED and that Plaintiff's Complaint (ECF No. 3) is DISMISSED.

**SO ORDERED**.

June 5, 2020.

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE